IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| DAVID R. PETE<br><br>　　　　Plaintiff,<br><br>v.<br><br>EQUIFAX, INC and JND LEGAL ADMINISTRATION, LLC<br><br>　　　　Defendants. | NO. 1:25-CV-00246-MJT-ZJH |

**REPORT AND RECOMMENDATION DENYING
MOTION TO PROCEED IN FORMA PAUPERIS**

This case is assigned to the Honorable Michael J. Truncale, United States District Judge, and referred to the undersigned United States Magistrate Judge for pretrial management. Before the court is *pro se* Plaintiff David Pete's *Motion for Leave to Proceed in Forma Pauperis* (Doc. No. 2). For the reasons that follow, Pete's motion should be **DENIED**.

**I.  Analysis**

Pete's motion claims that the U.S. Attorney General owes him two distinct sums of $110,000,000,000,000,000.00 and $100,000,000,000,000,000,000.00. Doc. No. 2 at 3. The representation of these sums is patently false. Any untrue allegation contained in an affidavit supporting a request to proceed *in forma pauperis* is grounds for dismissal of an applicant's entire civil action. 28 U.S.C. § 1915(e)(2)(A). The undersigned declines to impose this severe a sanction, but nevertheless recommends denying Pete's motion to proceed *in forma pauperis* for the misrepresentations Pete made in his affidavit.

## II.     Recommendation

Plaintiff David R. Pete's *Motion for Leave to Proceed in Forma Pauperis* (Doc. No. 2) should be **DENIED**.  Pete shall pay court costs of $405 to proceed with this lawsuit.

## III.    Objections

Pursuant to 28 U.S.C. § 636(b)(1)(C), each party to this action has the right to file objections to this Report and Recommendation.  Objections to this Report must (1) be in writing, (2) specifically identify those findings or recommendations to which the party objects, (3) be served and filed within 14 days after being served with a copy of this Report, and (4) be no more than eight (8) pages in length.  See 28 U.S.C. § 636(b)(1)(C); FED. R. CIV. P. 72(b)(2); E.D. TEX. CIV. R. CV-72(c). A party who objects to this Report is entitled to a de novo determination by the United States District Judge of those proposed findings and recommendations to which a specific objection is timely made. 28 U.S.C. § 636(b)(1)(C); FED. R. CIV. P. 72(b)(3).

A party's failure to file specific, written objections to the proposed findings of fact and conclusions of law contained in this Report, within 14 days of being served with a copy of this Report, bars that party from: (1) entitlement to de novo review by the United States District Judge of the findings of fact and conclusions of law, and (2) appellate review, except on grounds of plain error, of any such findings of fact and conclusions of law accepted by the United States District Judge.  *See Rodriguez v. Bowen*, 857 F.2d 275, 276–77 (5th Cir. 1988); *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996) (en banc).

SIGNED this 26th day of June, 2025.

_____
Zack Hawthorn
United States Magistrate Judge