IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID R. PETE, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:25-CV-00246-MJT |
| | § | JUDGE MICHAEL TRUNCALE |
| EQUIFAX INC, JND LEGAL ADMINISTRATION LLC, | § | |
| | § | |
| | § | |
| *Defendants*. | § | |

### ORDER OVERRULING OBJECTIONS AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On May 27, 2025, the court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge, for pretrial management. Now before the court is Plaintiff David Pete's *Motion for Leave to Proceed In Forma Pauperis* [Dkt. 2]. On June 26, 2025, Judge Hawthorn issued a Report and Recommendation [Dkt. 6], which recommended denying Pete's motion for containing untrue information. On June 30, 2025, Pete filed objections to Judge Hawthorn's Report [Dkt. 7].

A party who files timely written objections to a magistrate judge's report and recommendation is entitled to a *de novo* determination of those findings or recommendations to which the party specifically objects. 28 U.S.C. § 636(b)(l)(c); Fed. R. Civ. P. 72(b)(2)–(3). In this case, Pete does not specifically object to the denial of his motion because it contained untrue information. [Dkt. 7]. At any rate, the court has reviewed Judge Hawthorn's Report and Recommendation, and it holds that Judge Hawthorn's findings and conclusions of law are correct.

It is, therefore, ORDERED that Plaintiff David Pete pay the $405.00 filing fee to the Clerk's office within fourteen days of the date of this Order. Failure to pay the filing fee by this

date may result in a dismissal of this action for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

**SIGNED this 7th day of July, 2025.**

                                          Michael J. Truncale
                                        United States District Judge