IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID R. PETE, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 1:25-CV-00246-MJT |
| EQUIFAX INC, JND LEGAL ADMINISTRATION LLC, | § § § § | JUDGE MICHAEL TRUNCALE |
| *Defendants*. | § § | |

ORDER DISMISSING CASE

On July 7, 2025, the Court ordered Plaintiff David R. Pete to pay the $405.00 filing fee to the Clerk's office within fourteen days. [Dkt. 9 at 1–2]. Fourteen days have passed, and Pete has failed to pay the fee.

Federal Rule of Civil Procedure 41(b) authorizes the district court to dismiss an action for failure to prosecute or for failure to comply with any court order. *Boudwin v. Grayston Ins. Co.*, 756 F.2d 399, 401 (5th Cir. 1985). "This authority flows from the court's inherent power to control its docket and prevent undue delays in the disposition of pending cases." *Id.* (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629 (1962)). The exercise of this power is committed to the sound discretion of the court. *Green v. Forney Eng'g Co.*, 589 F.2d 243, 248 (5th Cir. 1979).

Because Pete did not pay the filing fee in the specified time, he failed to comply with the Court's order. Accordingly, Pete's case should be dismissed under Federal Rule of Civil Procedure 41(b) for failure to comply with a court order.

It is therefore ORDERED that Plaintiff David R. Pete's *Complaint* [Dkt. 1] is DISMISSED.

**SIGNED this 24th day of July, 2025.**

*Michael J. Truncale*
Michael J. Truncale
United States District Judge