IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID R. PETE, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 1:25-CV-00246-MJT |
| EQUIFAX INC, JND LEGAL ADMINISTRATION LLC, | § § § § | JUDGE MICHAEL TRUNCALE |
| *Defendants*. | § § | |

## FINAL JUDGMENT

The Court has issued an order dismissing this case. Accordingly, it is ORDERED that Plaintiff David R. Pete take nothing, and the case is DISMISSED. The Clerk of Court is directed to close this case, and all pending motions are denied as moot.

**SIGNED this 24th day of July, 2025.**

_____
Michael J. Truncale
United States District Judge