IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS BEAUMONT DIVISION

DAVID R. PETE,§§Plaintiff,§§CIVIL ACTION NO.1:25-CV-00246 v.§ § EQUIFAX INC., et al.,§ §Defendants.§

**NOTICE OF APPEAL**

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS AND TO ALL PARTIES:

NOTICE IS HEREBY GIVEN that DAVID R. PETE, Plaintiff in the above-styled and numbered cause, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment entered by the Honorable District Judge Michael J. Truncale in this action on July24,2025, anddocketed on July 25,2025.

This appeal is taken from the entire final judgment entered in this case.

Respectfully submitted,

/s/ David R. Pete Pro Se Appellant 6355 Chinn Lane #2105 Beaumont, Texas 77708 Telephone: (409) 998-0229 Telephone: (409)242-1918 Email: dpetedavidpete@yahoo.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Appeal has been served upon all parties or their counsel of record by the method indicated below on this28th day of July, 2025:

☐ By hand delivery ☐ By certified mail, return receipt requested ☐ By facsimile transmission ☐ By electronic filing through the Court's CM/ECF system ☐ By email

TO: [All counsel and parties to be served - to be completed based on case record]

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
JUL 2 8 2025
BY
DEPUTY_____

/s/ David R. Pete

**CONTACT INFORMATION:**
David R. Pete 6355 Chinn Ln #2105 Beaumont, Texas 77708 Phone: (409)998-0229/

(409) 242-1918 Email: dpetedavidpete@yahoo.com

*David R Pete*
*7-28-2025*