IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| DAVID R. PETE,<br><br>         Plaintiff,<br>vs.<br><br>EQUIFAX INC, JND LEGAL ADMINISTRATION LLC,<br><br>         Defendants. | NO.1:25-CV-00246-MJT<br>ORDER |

ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS

Pending before the court is Plaintiff, David R. Pete's *Motion for Leave to Appeal in Forma Pauperis*. Doc. No. 15. The motion is **GRANTED**.

SIGNED this 22nd day of August, 2025.

_____
Zack Hawthorn
United States Magistrate Judge